# MINUTE ORDER

Page 4

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor       Date: 8.25.23       Time: 2:00 p.m.

Defendant: Johanna Michely Garcia       J#: 74739-510       Case #: 23-20350-CR-MARTINEZ (SEALED) unsealed

AUSA: Eric Morales       Attorney: David Garvin – TEMP

Violation: CONSPIRACY TO COMMIT WIRE FRAUD AND MAIL FRAUD       Surr/Arrest Date: 8.25.23       YOB: 1983

Proceeding: Initial Appearance       CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No       Recommended Bond: Temporary Pretrial Detention

Bond Set at:       Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
- Gov't's Motion to Unseal the Indictment is Granted
- Deft. sworn; Counsel Garvin filed a Temporary Notice of Appearance
- Gov't seeking PTD, Risk of Flight
- Brady Order Given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
- Report RE Counsel:
- PTD/Bond Hearing: 8/28/23 1:30 pm Duty Magistrate Judge
- Prelim/Arraign or Removal:
- Status Conference RE:

D.A.R. 14:21:08, 14:45:48       Time in Court: 12 minutes

s/Eduardo I. Sanchez       Magistrate Judge