# MINUTE ORDER

Page 6

## Magistrate Judge Jacqueline Becerra

| King Building Courtroom 10-6 | Date: 8.28.23   Time: 1:30 p.m. |
|---|---|

Defendant: Johanna Michely Garcia   J#: 74739-510   Case #: 23-20350-CR-MARTINEZ

AUSA: ___   Attorney: David Garvin, Temp

Violation: CONSPIRACY TO COMMIT WIRE FRAUD AND MAIL FRAUD   Surr/Arrest Date: 8.25.23   YOB: 1983

Proceeding: RRC/Detention Hearing/Arraignment   CJA Appt:

Bond/PTD Held: ☒ Yes  ☐ No   Recommended Bond: Gvt seeks PTD re risk of flight

Bond Set at: ___   Co-signed by: ___

☐ Surrender and/or do not obtain passports/travel docs

Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ___

☐ Other: ___

Disposition:
- Brady previously given
- Mr. Garvin appearing for PTD hrg
- Court appts AFPD for arraignment
- Mr. Garvin oral motion to withdraw is granted
- Deft sworn
- SA/FBI Alonzo Palomares sworn/testified
- Court orders deft detained re flight
- Gvt submit prp order by COB on 8-30-23

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date: ___  Time: ___  Judge: ___  Place: ___

Report RE Counsel: * All further matters
PTD/Bond Hearing: before Judge Martinez
Prelim/Arraign or Removal: ___
Status Conference RE: ___

* Deft arraigned
Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

D.A.R. 13:53:37 | 14:24:04   Time in Court: 1 hr 7 mins

s/Jacqueline Becerra   Magistrate Judge