UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20350-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,
v.

JOHANNA MICHELY GARCIA,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING BY ONE WEEK AND WAIVER OF SPEEDY TRIAL BY JOHANNA GARCIA

The defendant, Johanna Garcia, by and through undersigned counsel, and unopposed by the government, respectfully moves to continue her change of plea hearing by one week, or as soon thereafter as is convenient for the Court, and hereby files this notice of her waiver of Speedy Trial rights.

1.    Ms. Garcia's change of plea hearing is currently scheduled for Tuesday, July 9, 2024.

2.    Ms. Garcia, through counsel, and government counsel, have been diligently working to reach a resolution in this complex case, and to finalize the terms of that agreement.

3.    Ms. Garcia, through counsel, is respectfully requesting a one-week continuance of her change of plea hearing so that she and her counsel have the ability to finish reviewing the final terms of the plea agreement and the written plea documents.

1

4. This additional time is necessary to ensure that Ms. Garcia's plea is knowing and voluntary and supported by the effective assistance of counsel.

5. Ms. Garcia further provides notice that she waives her Speedy Trial rights in connection with this request. Ms. Garcia agrees that the time from the filing of this request on July 8, 2024, for a continuance of her change of plea date, through the scheduling of her change of plea hearing, is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161, and she waives her rights to a speedy trial during this period. Ms. Garcia respectfully submits that the ends of justice are best served by the Court granting such a continuance and that such a continuance outweighs the interest of the public and the defendant in a speedy trial (or in this instance, plea).

6. Undersigned counsel has conferred with AUSA Roger Cruz, who advised that the government has no objection to the requested relief.

WHEREFORE, Ms. Garcia, through counsel, respectfully requests that the Court continue her change of plea hearing by one week or as soon thereafter as is convenient for the Court.

By: */s/ Kate Taylor*
Kate Taylor
Assistant Federal Public Defender
Special Bar No. A5502484
150 West Flagler Street, Suite 1700
Miami, Florida 33130
Tel: 305-530-7000
Email: kate_taylor@fd.org

## CERTIFICATE OF SERVICE

      I HEREBY certify that on **July 8, 2024**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                */s/ Kate Taylor*
                Kate Taylor